IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-3618-RBJ

KRISTINA BYRD,
    Plaintiff,

v.

ALTIA ACQUISITION CORPORATION
d/b/a Altia Inc., a Colorado corporation, and
JENNIFER LAUGHLIN,
    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, *pro se*, and Defendants, by their attorneys, Sparks Willson, P.C., file this Stipulation of Dismissal with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) and state as follows:

1. On December 10, 2020, Plaintiff filed this action *pro se*.

2. The parties have resolved this case and agreed to file this stipulation of dismissal with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

WHEREFORE, Plaintiff and Defendants stipulate to the dismissal of Plaintiff's Complaint against Defendants with prejudice, each party to pay her or its own costs and fees.

Dated this 22nd day of December 2020.

s/ Kristina Byrd
Kristina Byrd
10025 Beryl Drive
Peyton, CO 80831
Telephone: (719) 659-5308
E-mail: tyna.byrd728@gmail.com
*Pro se* Plaintiff

s/ Paul W. Hurcomb
Paul W. Hurcomb, CO Atty. Reg. 32459
SPARKS WILLSON, P.C.
24 S. Weber Street, #400
Colorado Springs, CO 80903
Telephone: (719) 634-5700
E-mail: pwh@sparkswillson.com

*Attorney for Defendants*
Altia Acquisition Corporation d/b/a Altia Inc., a Colorado Corporation, and Jennifer Laughlin

01607255-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2020, a correct copy of the foregoing Stipulation for Dismissal was filed and served via CM/ECF and email to the following:

Kristina Byrd
10025 Beryl Dr.
Peyton, CO  80831
tyna.byrd728@gmail.com
Phone: 719-657-5308
*Plaintiff*

By:    *s/ Paul W. Hurcomb*
      Paul W. Hurcomb

01607255-1